IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CHRISTINE JACKSON,** )<br>    **Plaintiff,** )<br>)<br>**v.** )<br>)    **CIVIL ACTION: 2:19-00629-KD-N**<br>**MARION MILITARY INSTITUTE,** )<br>    **Defendant.** ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 8, 2020, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendant's Partial Motion to Dismiss (Doc. 8) is **GRANTED in part** and **DENIED in part** as follows: 1) **GRANTED** under Rule 12(b)(1) on Plaintiff's ADEA claims in Counts 3 and 4 and Plaintiff's Fourteenth Amendment equal protection claim in Count 6 -- which are **DISMISSED** without prejudice; 2) **GRANTED** under Rule 12(b)(6) on Plaintiff's Title VII hostile work environment claims in Counts 4 and 5, and any claim by Plaintiff of Title VII retaliation based on discrete acts other than the termination of her position proposed June 22, 2018 -- which are **DISMISSED** with prejudice; and 3) the motion is otherwise **DENIED.**

**DONE** and **ORDERED** this the **8th** day of **October 2020.**

                                              /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**