# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **CHRISTINE JACKSON,** )<br>    Plaintiff, )<br> )<br>**v.** )<br> )   CIVIL ACTION NO. 2:19-cv-629-KD-N<br> )<br>**MARION MILITARY INSTITUTE,** )<br>    Defendant. ) | |

## JUDGMENT

In accordance with the Order granting summary judgment issued on this date, it is

**ORDERED, ADJUDGED** and **DECREED** that judgment is entered in favor of Defendant Marion Military Institute and against Plaintiff Christine Jackson.

**DONE** and **ORDERED** this the **19th day** of **August 2021**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**